UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTOINE MARTIN                                          CIVIL ACTION NO. 1:09-cv-1241(EGS)
4314 4th Street, N. W.
Washington, D. C. 20011

    **Plaintiff,**

  v.

**DISTRICT OF COLUMBIA**
Serve:  Mayor Adrian Fenty
District Building
1350 Pennsylvania Avenue, N. W.
Suite 316
Washington, D. C. 20004

    AND

**OFFICER ALFONSO MATOS**
**FOURTH DISTRICT, METROPOLITAN**
  **POLICE DEPARTMENT**
6001 Georgia Avenue, N. W.
Washington, D. C. 20011

    AND

**UNKNOWN AND UNIDENTIFIED**
**OFFICERS OF THE**
 **D. C. METROPOLITAN POLICE DEPARTMENT**
Washington, D. C.

    **Defendants.**

## AFFIDAVIT OF SERVICE

    I, Iris McCollum Green, Esquire, hereby depose on oath and state:

1. That my name is Iris McCollum Green. I am an attorney in the District of Columbia engaged in the private practice of law. My offices are located at 1730 M Street, N. W., Suite 609, Washington, D. C. 20036.

2. That I am counsel of record in the above styled and numbered case.

3. That on or about September 17 and 18, 2009, the District of Columbia was properly served with a copy of the complaint and allied documents in the above styled case via certified United States mail.

4. A copy of the return receipt (green cards) is attached hereto:

[Return receipt cards shown: one addressed to Peter J. Nickles, Attorney Gen., DC, 441 - 4th St., NW, Rm. 600-South, Wash, DC 20001, Article Number 7006 2150 0001 1364 5470; another addressed to Hon. Adrian Fenty, Mayor, Dist. of Columbia, 1350 PA Ave., NW, Rm. 419, Washington, DC 20004, Article Number 7006 2150 0001 1364 5427. Sender: Iris McC[...], Green & F[...], 1730 M St., Wash., D.C.]

Respectfully submitted,

GREEN & FOUSHEE

By: __/s/Iris McCollum Green_____
Iris McCollum Green, Esq.
D.C. Bar No. 932590
1730 M Street, N. W., Suite 609
Washington, D. C. 20036
(202) 785-1171
Counsel for Plaintiff