## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTOINE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-01241 |
| | ) | Judge Emmet G. Sullivan |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSE TO THE COMPLAINT

Defendant, District of Columbia, by and through undersigned counsel, hereby moves, pursuant to FED. R. CIV. P. 6(b)(1), this Court to grant an enlargement of time to file an Answer, or other response to the Complaint herein. Additional time is needed to research the claims set forth in the Complaint.

More detailed grounds for this motion are set forth in the accompanying memorandum of points and authorities in support thereto.

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/Zuberi B. Williams
ZUBERI BAKARI WILLIAMS [980789]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6-South
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 730-0623
Email: Zuberi.Williams@dc.gov

## **RULE 7(m) Certificate**

I hereby certify that on October 6, 2009, I called Plaintiff's counsel seeking consent for

the relief sought herein. I spoke with counsel and she has consented to a thirty-day (30)

extension for the District to file its response.

/s/ Zuberi B. Williams
ZUBERI BAKARI WILLIAMS
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANTOINE MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:09-cv-01241 |
| | ) Judge Emmet G. Sullivan |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE**
**TIME TO FILE A RESPONSE TO THE COMPLAINT**

In support of its Consent Motion to Enlarge Time to File a Response to the Complaint,

Defendant District of Columbia represents as follows:

1.      This case concerns Plaintiff's allegations that Metropolitan Police Officer Alfonso

Matos and other unidentified Metropolitan Police Officers assaulted and improperly arrested him

on July 5, 2006, in the vicinity of Fourth Street, N.W., in Washington, D.C.

2.      Plaintiff filed suit on or about July 6, 2009.  The Complaint was then served on

Defendant District of Columbia[1] on or about September 17, 2009.

3.      The Complaint is comprehensive and consists of ten pages and over thirty

paragraphs.

4.      Undersigned counsel has diligently worked to respond to the Complaint, but will

need additional time to do so and to prepare a proper response consistent with the requirements

under Fed. R. Civ. P. 11.

---

[1] The District does not concede that service was proper.

5.     The District is requesting an additional thirty (30) days to file a response to the complaint, i.e. on or before November 6, 2009.

6.     No parties will be prejudiced by the granting of this Motion.  There is no scheduling order or hearing set in this matter.

7.     FED. R. CIV. P. 6(b)(1) provides that "[w]hen act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without a motion or notice if the courts acts, or if a request is made, before the original time or its extension expires . . ." This motion is being filed prior to the current deadline, is for good cause shown, and otherwise meets the requirements of Rule 6(b)(1).

8.     This is the District's first request for enlargement of time to file a response to the Complaint, and no party will be unduly prejudiced if the requested relief is granted.   In fact, Plaintiff consents to the requested relief.

WHEREFORE, for the reasons stated herein, and pursuant to FED. R. CIV. P. 6(b), the District requests an enlargement of time to file a response to the Complaint of thirty (30) days to November 6, 2009.

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/Zuberi B. Williams
ZUBERI BAKARI WILLIAMS [980789]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6-South
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 730-0623
Email:  Zuberi.Williams@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTOINE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-01241 |
| | ) | Judge Emmet G. Sullivan |
| THE DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of the District of Columbia's Motion to Enlarge Time to File a

Response to the Complaint, their supporting Memorandum of Points and Authorities, any

opposition thereto, and the entire record herein, it is this _____ day _____, 2009,

ORDERED, that the said motion be, and hereby is, GRANTED, and it is,

FURTHER ORDERED:  that the District shall file an Answer or other response to

Plaintiff's Complaint on or about November 6, 2009.

SO ORDERED this _____ day of _____, 2009.


_____
The Honorable Emmet G. Sullivan
District Court for the District of Columbia

**Copies to:**

Iris McCollum Green, Esq.
Green & Foushee
1730 M Street, N.W.; Suite 609
Washington , DC 20036

Zuberi Bakari Williams
Assistant Attorney General

Office of the Attorney General
441 Fourth Street, N.W.;  Suite 6N013
Washington, D.C. 20001