**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ANTOINE MARTIN**
**4314 4th Street, N. W.**
**Washington, D. C. 20011**

**CIVIL ACTION NO. 1:09-cv-1241(EGS)**

**Plaintiff,**

**v.**

**DISTRICT OF COLUMBIA**
**Serve: Mayor Adrian Fenty**
**District Building**
**1350 Pennsylvania Avenue, N. W.**
**Suite 316**
**Washington, D. C. 20004**

**AND**

**OFFICER ALFONSO MATOS**
**FOURTH DISTRICT, METROPOLITAN POLICE DEPARTMENT**
**6001 Georgia Avenue, N. W.**
**Washington, D. C. 20011**

**AND**

**UNKNOWN AND UNIDENTIFIED OFFICERS OF THE D. C. METROPOLITAN POLICE DEPARTMENT**
**Washington, D. C.**

**Defendants.**

**AFFIDAVIT OF SERVICE**

I, Iris McCollum Green, Esquire, hereby depose on oath and state:

1. That my name is Iris McCollum Green. I am an attorney in the District of Columbia engaged in the private practice of law. My offices are located at 1730 M Street, N. W., Suite 609, Washington, D. C. 20036.

2. That I am counsel of record in the above styled and numbered case.

3. That on or about September 17 and 18, 2009, the District of Columbia was properly served with a copy of the complaint and allied documents in the above styled case via certified United States mail.

4. A copy of the return receipt (green cards) is attached hereto:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter J. Nickles
Attorney Gen., DC
441 - 4th St, NW
Rm. 600-South
Wash. DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Darlene Fields C. Date of Delivery 9/8/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2150 0001 1364 5410

PS Form 3811, February 2004 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

• Sender: Please print yo

IRIS McC
GREEN + F
1730 M St.,
WASh., D.C

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON Adrian Fenty
Mayor, Dist. of Columbia
1350 PA Ave., NW
Rm. 419
Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Tamika Bratton C. Date of Delivery 9/1/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2150 0001 1364 5427

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Respectfully submitted,

GREEN & FOUSHEE

By: __/s/Iris McCollum Green________
Iris McCollum Green, Esq.
D.C. Bar No. 932590
1730 M Street, N. W., Suite 609
Washington, D. C. 20036
(202) 785-1171
Counsel for Plaintiff