UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINE MARTIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:09-cv-01241<br>Judge Emmet G. Sullivan |

**DECLARATION OF EVELYN D. LUCAS**

I, EVELYN D. LUCAS, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that the following is true to the best of my knowledge:

1. I am the Claims Manager for the Tort Liability Division, District of Columbia Office of Risk Management. The Tort Liability Division receives, processes, and investigates potential claims against the District of Columbia pursuant to D.C. Official Code § 12-309 (2001 ed.). The Office of Risk Management commenced receiving potential claims on January 15, 2004.

2. Receipt of written notice of claims against the District of Columbia is forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims, either from the Mayor's Office or directly, the Tort Liability Division records the receipt of such notice in its claims management system.

3. As of January 15, 2004, claims previously handled by the Claims Unit for the Office of the Attorney General that were under investigation were also transferred to the Office of Risk Management and recorded in its claims management system.

4. I have conducted a diligent search of the Risk Management system in the Office of Risk Management. The result of this search has revealed that the Office of Risk Management has received no notice from Antoine Martin, or anyone acting on his behalf, related to a claim that Mr. Antoine Martin was assaulted and improperly arrested on or about July 5, 2008, in the vicinity of Fourth Street, N.W., Washington, D.C., by a Metropolitan Police Officer as described in the Complaint filed in the above-captioned matter.

_____
EVELYN D. LUCAS
DATE: 11/5/09