# METROPOLITAN POLICE DEPARTMENT
## Washington, D. C.
### ARREST/PROSECUTION REPORT
P.D. 163 Rev3/2008      G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | |
| 2. ID NUMBER (ID ONLY) | 613282 |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | |
| 4. CID NUMBER | |
| 5. UNIT-ARREST NO. | 040802022 |
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | Martin, Antionne |
| 7. DEA LAB NUMBER | |
| 8. Arresting Officer's Name | Matos, Alfonso |
| Rank | Officer |
| Badge # | 2316 |
| Agency | MPD |
| 9. TYPE OF RELEASE | ☒ CITATION ☐ BOND ☐ COLLATERAL |
| 10. NICKNAME / ALIAS | Unknown |
| 11. PHONE NUMBER | 202-829-5256 |
| 12. COURT DATE | 7-31-08 |
| 13. ADDRESS | 4314 4th Street, NW |
| 14. TIME IN D.C. | Life |
| 15. ☐ CHILD ABUSE ☐ GANG ☐ HATE SPECIAL INTELLIGENCE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE | |
| 16. SEX | Male |
| 17. RACE | Black |
| 18. BIRTHDATE | 7/15/89 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 20. NEED INTERPRETER | ☐ YES ☒ NO |
| 21. HEIGHT | 5'4 |
| 22. WEIGHT | 130 |
| 23. HAIR | Blk |
| 24. EYES | Bro |
| 25. COMPLEX | Dark |
| 26. PERMIT NO/ST | Unknown |
| 27. BIRTHPLACE | Washington, DC |
| 28. CO-DEFENDANTS: Number 0 | |
| 29. IMPERSONATOR? | ☐ M ☐ F ☒ NO |
| 30. ETHNICITY | African American |
| 31. CAUTION | Sell drugs |
| 32. SCARS/MARKS/TATTOOS | None |
| 33. HAT | None |
| 34. JACKET | None |
| 35. PANTS | Blue |
| 36. COAT | None |
| 37. SHIRT | Blue |
| 38. SKIRT/DRESS | N/A |
| 39. WALES/NCIC CHECK – WARRANT ON FILE | Yes ☐ No ☒ |
| 40. LOCATION OF OFFENSE | 4300 Block of 2nd Street, NW |
| DATE OF OFFENSE | 7/5/08 |
| TIME OF OFFENSE | 1700 |
| 40. LOCATION OF ARREST | 4300 Block 4th Street, NW |
| DATE OF ARREST | 7/5/08 |
| TIME OF ARREST | 1710 |
| 42. ASSISTING OFFICER | Hill, S. PFC, 3505, MPDC |
| ASSISTING OFFICER | Dossen, H, PFC, 2935, MPDC |
| 43. DEFENDANT ADVISED OF RIGHTS – LOCATION | Not Advised |
| 44. COMPLAINANTS / WITNESSES | |
| W-1 | Matos, Alfonso — 6001 Georgia Ave, NW — Birthdate: On file — Work Phone: 202-715-7400 |
| W-2 | |
| 45. SPEC. OPS | NONE |
| 46. TACTICS | 1 - Routine Patrol |
| 47. PREMISES | 2 - Alley |
| 48. SCHOOL ZONE ☒ / PUBLIC HOUSING ☐ | |

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|
| 1. UCSA PWID Marijuana | | 092-907 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

50. PROPERTY RECOVERY / ITEMS OF EVIDENCE

51. INITIALS – DATE – UNIT OF PERSON TAKING PRINT: MB 7/6/08

52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS

53. RIGHT THUMB PRINT

54. CCB USE ONLY — HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS

DISTRIBUTION: Page 1 to ID & R; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

| 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) ||||||
|---|---|---|---|---|---|
| FROM –DATE –TO | EMPLOYER | | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. Present | | | | | |
| 2. | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) |||||
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| | | | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| N/A | ☐ YES  ☒ NO  ☐ REFUSED | N/A |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)

The event occurred on 7/5/08 at approximately 1700 at 4300 Block of 2nd Street, NW in Washington DC.

Officer Matos as Crime Patrol 404 and Officer Hill as 4043 in the evening tour of duty. Officers were traveling north in the 4200 block of 2nd Street when Defendant Martin, Antionne looked at Officer Hill's cruiser and ran in the south alley of the 4300 Block of 2nd Street, NW. Officer Matos then observed Defendant Martin placed his hand in his right from jeans pocket and tossed a plastic bag containing green weed like substance between two black garbage bags. Officer Matos observed Defendant Martin action and pursue Defendant Martin from the 4300 block of 2nd Street, NW to the 200 block of Varnum Street, NW. Defendant Martin turned north in the 4300 block of 4th Street, when Officer Dossen and Officer Matos stopped Defendant Martin in the middle of the block. Officer Hill respondent back to the location where Defendant Martin tossed the clear plastic bag and recovered the bag.

While in the scene two black males approached Officers asking to talk about what occur with Defendant Martin. Officer Matos asked the two unidentified black male two get back to the sidewalk, when one of the unidentified black males was screaming that's my nephew "what the fuck he did" Officer Matos approached the black male who later was identified as Jones, Andre, that if hi continued to enter the scene and screaming profanities he is going to be place under arrest for disorderly conduct loud and boisterous. Mr. Jones caused the neighbors to exit their residence and that several individuals to congregate in the scene do to Mr. Jones screaming profanities.

When Officer Matos approached Mr. Jones, Mr. Jones flailed his armed toward Officer Matos face stated "what the fuck you want nigge" "you can't lock me up, you don't know who I am" and then clenched his fist, took a fighting stance. At that point Officer Matos attempted to place hand cuff in Mr. Jones when Mr. Jones pushed Officer Matos stating "don't touch me nigge, you dumb mother fucker, you don't known who I am, mother fucker. Officer Matos gave Mr. Jones loud verbal command to place the hand behind his back and Mr. Jones actively refused pushing and screaming profanities. Mr. Jones was finally place in hand cuff when Mr. Jones stated check my id dumb mother fucker, I am 1st LT in the army you cant lock me up" Defendant Martin was placed under arrest for UCSA PWID Marijuana and was transported to the 4th district for process and Mr. Jones was placed under arrest for Misdemeanor APO, Obstruction of justice and Disorderly Conduct loud and Boisterous.

COC: Def's right pocket☐ Hill (F/T)☐ Fields(C/S)☐Hill(P/B)☐Box End.

Defendant Martin was identified as Martin, Antionne with the DOB: 7/15/89.

Defendant Jones was identified as Jones, Andre with the DoB"12/07/67.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| 62. RECORD CLERK'S NAME | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| ARREST RECORD SUMMARY |||||
| 1. | 2. | 4. | 6. | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| Matos, Alfonso | 2316 | Officer | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT  DATE |
| | MPD | 7/5/2008 | HD  7/5/08 |