UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINE MARTIN** | ) | **CIVIL ACTION NO. 1:09-cv-01241 (EGS)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Antoine Martin, Plaintiff herein, by and through his counsel, GREEN & FOUSHEE and Iris McCollum Green, Esquire, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP) and Rule 108(m) of the Local Rules of this Court move this Honorable Court for an order extending the date on which he must file his opposition to defendant's motion to dismiss or in the alternative, for summary judgment.

As grounds for this motion, Plaintiff states as follows:

1. Pursuant to local rule 108(m), undersigned counsel attempted to obtain the consent of opposing counsel to this motion. Undersigned counsel telephoned Zuberi Bakari Williams, Esquire, defendant's counsel of record on today and requested his consent to a thirty (30) day extension to file Plaintiff's opposition to defendant's motion to dismiss or alternatively for summary judgment. Consent was denied. It is noteworthy that when this case was filed initially, Attorney Williams telephoned

undersigned counsel and sought her consent to a six-week extension to file an answer to Plaintiff's complaint. Undersigned counsel generously agreed to a 30 day extension to file a simple answer, which, of course, has turned out to be a motion to dismiss or alternative summary judgment. The professional courtesy which undersigned counsel extended to Attorney Williams was not reciprocal.

2. Good cause exists for this motion. Undersigned counsel has several cases in litigation in Federal and State court, administrative agencies as well as the Court of Appeals. These cases have recently resulted in an overwhelming number of court requirements with conflicting deadlines. Since undersigned counsel is the only resident attorney in her District of Columbia office, she works essentially as a solo practitioner. As a result of this deluge in court requirements with simultaneous due dates, she has found it impossible to complete all of these pleadings within the timeframes permitted by the rules of the Court.

2. Despite diligent efforts to maximize her time and timely respond to the many requirements emanating from her current spate of litigation, undersigned counsel has been unable to meet all of her demands within the time allowed and needs additional time to competently complete the brief required in the instant case.

3. Moreover, undersigned counsel is currently trying to simultaneously respond to motions for summary judgment in three separate cases in two different jurisdictions. In the midst of researching her responses to these motions for summary judgment, undersigned counsel became ill with a seasonal illness and was directed by her physician to get additional rest, and as a result was sidelined for approximately two

weeks while trying to recuperate.  The effects of the undersigned's illness and medication made it difficult for her to concentrate and remain productive.  As a result, undersigned counsel needs additional time to complete her response and opposition to Defendant District of Columbia's motion to dismiss or alternative summary judgment.

  4. The Defendant will suffer absolutely no prejudice if Plaintiff Martin is granted additional time to file his opposition in this matter.  On the contrary, Plaintiff Martin will be severely prejudiced if his motion for an enlargement of time is not granted.

  5. Justice requires that Plaintiff be granted a thirty (30) day extension to file his response and opposition to Defendant District of Columbia's motion to dismiss or alternative summary judgment.

  WHEREFORE, based on the foregoing, Plaintiff Antoine Martin prays that the deadline for filing his opposition to Defendant District of Columbia, et al's motion to dismiss or alternative summary judgment be extended for thirty (30) days.

        Respectfully submitted,

        GREEN & FOUSHEE

        By:
        _____/s/_____
        Iris McCollum Green, Esq. #932590
        1730 M Street, N. W.
        Suite 609
        Washington, D. C. 20036
        (202) 785 – 1171