UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINE MARTIN** | ) | **CIVIL ACTION NO. 1:09-cv-01241 (EGS)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the motion filed on November 19, 2009, on behalf of Plaintiff Antoine Martin, for an extension of time to file a response and opposition to Defendant District of Columbia's motion to dismiss or alternatively for summary judgment, it is by the Court, this _____ day of _____ 2009,

ORDERED, that the motion is granted, and it is further,

ORDERED, that Plaintiff's response an opposition shall be filed on or before December 19, 2009.

_____
Emmit G. Sullivan
United States District Judge

Copies to
Iris McCollum Green, Esq.
GREEN & FOUSHEE
1730 M Street, N.W.
Suite 609
Washington, D. C. 20036

Zuberi B. Williams
Assistant Attorney General
Office of the Attorney General, D. C.
441 Fourth Street, N. W.
Washington, D. C. 20001