**CERTIFICATE OF SERVICE**

I, hereby, state that on this 19th day of November 2009 that a copy of the foregoing motion for extension was served by eservice on the following counsel of record:

        Zuberi B. Williams, Esq.
        Assistant Attorney General
        Office of the Attorney General, D. C.
        441 Fourth Street, N. W., Suite 6-South
        Washington, D. C. 20001

        _____
        Iris McCollum Green, Esq.