

| FROM -DATE- TO | EMPLOYER | 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. Present | | | | |
| 2. | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| N/A | ☐ YES ☒ NO ☐ REFUSED | N/A |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)

The event occurred on 7/5/08 at approximately 1700 at 4300 Block of 2nd Street, NW in Washington DC.

Officer Matos as Crime Patrol 404 and Officer Hill as 4043 in the evening tour of duty. Officers were traveling north in the 4200 block of 2nd Street when Defendant Martin, Antionne looked at Officer Hill's cruiser and ran in the south alley of the 4300 Block of 2nd Street, NW. Officer Matos then observed Defendant Martin placed his hand in his right from jeans pocket and tossed a plastic bag containing green weed like substance between two black garbage bags. Officer Matos observed Defendant Martin action and pursue Defendant Martin from the 4300 block of 2nd Street, NW to the 200 block of Varnum Street, NW. Defendant Martin turned north in the 4300 block of 4th Street, when Officer Dossen and Officer Matos stopped Defendant Martin in the middle of the block. Officer Hill respondent back to the location where Defendant Martin tossed the clear plastic bag and recovered the bag.

While in the scene two black males approached Officers asking to talk about what occur with Defendant Martin. Officer Matos asked the two unidentified black male two get back to the sidewalk, when one of the unidentified black males was screaming that's my nephew "what the fuck he did" Officer Matos approached the black male who later was identified as Jones, Andre, that if hi continued to enter the scene and screaming profanities he is going to be place under arrest for disorderly conduct loud and boisterous. Mr. Jones caused the neighbors to exit their residence and that several individuals to congregate in the scene do to Mr. Jones screaming profanities.

When Officer Matos approached Mr. Jones, Mr. Jones flailed his armed toward Officer Matos face stated "what the fuck you want nigge" "you can't lock me up, you don't know who I am" and then clenched his fist, took a fighting stance. At that point Officer Matos attempted to place hand cuff in Mr. Jones when Mr. Jones pushed Officer Matos stating "don't touch me nigge, you dumb mother fucker, you don't known who I am, mother fucker. Officer Matos gave Mr. Jones loud verbal command to place the hand behind his back and Mr. Jones actively refused pushing and screaming profanities. Mr. Jones was finally place in hand cuff when Mr. Jones stated check my id dumb mother fucker, I am 1st LT in the army you cant lock me up" Defendant Martin was placed under arrest for UCSA PWID Marijuana and was transported to the 4th district for process and Mr. Jones was placed under arrest for Misdemeanor APO, Obstruction of justice and Disorderly Conduct loud and Boisterous.

COC: Def's right pocket☐ Hill (F/T)☐ Fields(C/S)☐Hill(P/B)☐Box End.

Defendant Martin was identified as Martin, Antionne with the DOB: 7/15/89.

Defendant Jones was identified as Jones, Andre with the DoB" 12/07/67.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| 62. RECORD CLERK'S NAME | | 3. | | 5. | | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|---|---|
| ARREST RECORD SUMMARY | | | | | | |
| 1. | 2. | 4. | | 6. | | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | | |
|---|---|---|---|---|---|
| Matos, Alfonso | 2316 | Officer | | | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | | DATE |
| | MPD | 7/5/2008 | 4D | | 7/5/08 |

## PART I - (Victim/Reporting Person)

**IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.** ☐ Yes ☒ No

Name: MATOS, ALFONSO
Address: 6001 Georgia Ave NW
Phone-Area Code: 202-715-7400

**DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?** ☐ Yes ☒ No

**WAS PD FORM 379A ISSUED?** ☐ Yes ☒ No

**IS CPO/TPO OUTSTANDING?** ☐ Yes ☒ No ☐ Unknown

**IF YES, ENTER CPO/TPO #:**

**INJURIES** Use the following codes to describe injuries. (Mark all that apply)
- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

N/A

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ☐ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Suspect | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Suspect | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |
| ☐ Suspect | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | ☐ Admitted ☐ Released |

## PART II - PROPERTY

**Codes:**
- S = Stolen
- E = Evidence
- R = Recovered
- F = Found
- I = Impounded
- V = Vehicle from which theft occurred
- D = Alleged drug type
- L = Lost
- P = Suspected proceeds of crime
- O = Other

a. Property Book & Page No.
b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| E | a clear bag containing green weed like substance | N/A | N/A | green | | 1 | | | |

### VEHICLE INFORMATION

Vehicle operated/used by: ☐ Victim ☐ Suspect ☐ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |

## PART V - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**#1** ☒ Suspect ☐ Missing
a. Race: ☐ Asian ☐ White ☒ Black ☐ Latino/Hispanic ☐ Unknown ☐ Other
b. Sex: ☒ Male ☐ Female ☐ Unknown
c. Exact Age or Range: 18
d. Height: 5'4
e. Weight: 130
f. Eyes: brown
g. Hair: blk
h. Complexion: dark
i. Scars: none
j. Mustache: yes
k. Facial Hair: yes
l. Hat: none
m. Coat/Jacket: none
n. Pants: blue
o. Blouse/Shirt: blue
p. Perpetrator Suspected of Using: ☐ Alcohol ☒ Drugs ☐ Computer ☐ N/A

**q. Weapons Used in Offense (Mark all that apply)**
Firearm: ☐ Handgun ☐ Shotgun ☐ Other ☐ Revolver ☐ Semi-automatic ☐ Rifle ☐ Automatic firearm
Other: ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown

Color: | Make: | Model: | Caliber:

**#2** ☐ Suspect ☐ Missing
(blank)

**#3** ☐ Suspect ☐ Missing
(blank)

*Value of vehicles to be entered by Information Processing section

CCN: 092-907

PAGE 2

| | |
|---|---|
| 67 PROBABLE CAUSE OF ABSENCE AND DESTINATION | COMPLAINT NUMBER |
| 68 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 69 CLASSIFICATION ○ Critical ○ Non-critical | 70 CLASSIFIED BY |
| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |
| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

The listed alleged drugs were seized in the arrest of S-1. The listed alleged drugs were field tested positive for THC active ingredient of marijuana.

COC: DEF'S right front jean pocket → OFC (Hill (F/T)) → Fields (E/S) → Hill (P/B) → PSD → end

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT 4D | 81 OTHER POLICE AGENCY (indicate if report prepared by officer other than MPD) ○ USCP ○ USSS ○ METRO TRANSIT ○ OTHER | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT 4D |

PAGE 3

P.D. 252 Rev. 3/2008   Metropolitan Police Department   **SUPPLEMENT REPORT**   Washington, D.C.

| | 1. DISTRICT | 2. SEAT | 3. RA | 4. ORIGINAL CLASSIFICATION | 5. COMPLAINT NUMBER |
|---|---|---|---|---|---|
| ☐ Classification Change   ☒ Additional Information | 4D | 404 | | UCSA PWID Marijuana | 092-907 |

| 6. DATE OF THIS REPORT | 7. REPORTING ELEM. | 8. CLASSIFICATION OF REPORT CHANGED TO: |
|---|---|---|
| 7/5/2008 | 4D | |

| 8. DATE AND TIME OF EVENT | 10. DATE AND TIME OF ORIG. RPT. | 11. EVENT LOCATION | 12. PROPERTY TYPE |
|---|---|---|---|
| 7/5/08 1700 | 7/5/2008 20:07 | 4300 Block of 2nd Street, NW | |

| 13. RADIO RUN RECEIVED | 14. DESCRIBE LOCATION | 15. WHERE ENTERED | 16. TOOLS/WEAPONS | 17. METHODS |
|---|---|---|---|---|
| N/A | Street | | | |

| 18. | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| | Matos, Alfonso | m | H | On file | | | | |

| | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ SUSPECT ☐ MISSING PERSON | Black | Ma | 18 | 5'4 | 130 | Bro | Blk | Dark | None | Non | Non | None | Blue | Blue |
| ☐ SUSPECT ☐ MISSING PERSON | | | | | | | | | | | | | | |

**20. SOLVABILITY FACTORS** — Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A. Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | | |
|---|---|---|---|
| IS THERE A WITNESS? | ☐ YES ☐ NO | | |
| IS A SUSPECT NAMED? | ☒ YES ☐ NO | Enter the name and include any nickname used. | Martin, Antionne Unknown |
| IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ☐ NO | Include reason why or why not. | |
| IS PHYSICAL EVIDENCE PRESENT? | ☐ YES ☐ NO | Describe it. | |
| IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ YES ☐ NO | If yes, describe the relationship. | |
| WAS A REFERRAL FORM GIVEN TO THE COMPLAINANT? | ☐ YES ☐ NO | | |
| DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | | | |
| IS AN MO OR PATTERN INDICATED? ☐ YES ☐ NO | | DESCRIBE MO OR PATTERN | |

**Case Closed With Arrest**

**21. ADDITIONAL STOLEN PROPERTY**

| CODE | ITEM | SERIAL NO./OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | Property Book |
|---|---|---|---|---|---|---|---|
| | | | | | | | BOOK/PAGE NO. |
| | | | | | | | ADDITIONAL VALUE |
| | | | | | | | ORIGINAL VALUE |

| YEAR | MAKE | MODEL | COLOR | BODY | TAG / STATE / YEAR | VEHICLE IDENTIFICATION NO. | *** | TOTAL PROP. VALUE |
|---|---|---|---|---|---|---|---|---|

**22. NARRATIVE:** Record your activity and all developments in the case subsequent to your last report. List the names, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the names, addresses, and telephone numbers of all witnesses and suspects.

Case closed with the arrest of Martin, Antionne a Black Male of 4314 4th Street, NW, social security number 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, date of birth 7/15/89, arrest number 040802022.

| 23. STATUS | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICATION |
|---|---|---|---|
| ☐ OPEN ☐ PRIOR CLOSED ☒ CLOSED ☐ UNFOUNDED (EXPLAIN IN NO. 22) ☐ SUSPENDED (EXPLAIN IN NO. 22) | | | |

| 27. INVESTIGATIVE OFFICER'S RECOMMENDATION | 27. SUPERVISOR'S RECOMMENDATION |
|---|---|
| ☐ SUSPEND ☐ INVESTIGATE FURTHER | ☐ SUSPEND ☐ INVESTIGATE FURTHER |

| 29. REPORTING MEMBER'S SIGNATURE | BADGE/ELEM | 30. INVESTIGATOR'S SIGNATURE | BADGE/ELEM | 31. SUPERVISOR'S SIGNATURE | BADGE/ELEM |
|---|---|---|---|---|---|
| [signature] | 8716/4D | | | [signature] | 5483/4D |

| 32. INVESTIGATIVE REVIEW OFFICER | 33. SUPERVISOR | BADGE/ELEM | 34. REVIEWER | 35. DISTRIBUTION |
|---|---|---|---|---|

*** Value of vehicles will be entered by the Information Processing Section, Data Processing Division.

Page ____ of ____ Pages

# Metropolitan Police Department — Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

| 1. TYPE OF REPORT | 2. DATE AND TIME OF EVENT | 3. DATE OF REPORT | 4. TIME OF REPORT | 5. DISTRICT | 6. SECTOR | 7. BEAT | 8. COMPLAINT NUMBER |
|---|---|---|---|---|---|---|---|
| ● Offense ○ Incident | Start: 05/08/ 17:00   End: 05/08/ 17:10 | 05/08 | 21:00 | | | | 040929307 |

**FILL IN THE OVALS COMPLETELY**

9. **EVENT LOCATION ADDRESS:** 4300 BLK OF 2nd ST NW  ( Along side of )
10. **REPORT RECEIVED BY:** On-scene
11. **IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** N/A
12. **PROPERTY TYPE:** ● Public ○ Private

13. **EVENT NO. 1:** UCSA PWID Marijuana
14. **EVENT NO. 2:** —
15. **EVENT NO. 3:** —

16. **FORCED ENTRY:** ○ Yes ● No
17. **POINT OF ENTRY:** —
18. a. **Method Used:** N/A   b. **Tools Used:** —
19. **WEATHER CONDITIONS:** ● Clear

20. **SUSPECTED HATE CRIME?** ● None
21. **SECURITY SYSTEM:** Not applicable
22. **LOCATION TYPE:** Street/Highway/Road
23. **DESIGNATED AREAS:** ● W/in 1,000 ft. of school

## PART II - VICTIM INFORMATION

24. **NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Society Public
25. **RELATED TO EVENT NO(S):** 1
26. **VICTIM TYPE:** ● Society/Public
27. **DATE OF BIRTH:** ● N/A
28. **AGE RANGE:** N/A
29. **SEX:** —
30. **HOME PHONE:** —

38. **NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** N/A

52. **STATUS:** ● Closed by arrest, attach PD-252

PD-251  4/99                                   PAGE 1

# FAX COVER SHEET

**Donna M. Beasley**
Attorney At Law
419 Seventh Street, NW
Suite 401
Washington, DC 20004
Tel. No.: (202) 393-7347
Fax No.: (202) 393-7348

| SEND TO | |
|---|---|
| Company name: ~~Office of the DC Attorney~~ | From: Donna Beasley, Esq. |
| Attention: ~~AUSA~~ Iris Green | Date: 4-9-09 |
| Office location — Room: | Office location: Washington, DC |
| Fax number: (202) 785-8108 | Phone number: (202) 393-7347 |

☐ Urgent  ☐ Reply ASAP  ☐ Please comment  ☐ Please review  ☐ For your information

Total pages, including cover: 7

**COMMENTS**

United States v. Antoine Martin

Case No.:

Court Date:



**PREMIUM ESTIMATE REQUEST FORM LEGAL MALPRACTICE INSURANCE**

Mark F. Diette, Managing Director
Couch Braunsdorf Insurance
PO Box 1202 Center Harbor, NH 03226
Ph 800-228-0557 Fax 603-253-4350
Email: mdiette@CouchBraunsdorf.com

1. Name of Legal Entity to be Insured
2. Desired Effective Date
3. Firm Web Site
4. Year Firm Established
5. Contact
6. E-mail Address
7. Area Code and Phone Number
8. Area Code and Fax Number
9. Primary Location: *(Street Address, City, State, Zip Code, County)*

10. Describe your firm's practice by showing the approximate percentage of gross billable dollars during the past year from the following areas of practice:

| Area of Practice | This Year | Current breakdown within particular area of law: (must equal 100%) | | |
|---|---|---|---|---|
| Admiralty / Maritime | → | % Plaintiff | % Defense | % Other |
| Alternative Dispute Resolution | | | | |
| Antitrust | → | % Plaintiff | % Defense | % Other |
| Appellate | % | | | |
| **Bankruptcy & Collection** | → | % Creditor | % Debtor | % Court Appointed Trustee |
| Business & Commercial Litigation | → | % Plaintiff | % Defense | |
| Business Formation & Alteration | → | % Formation/ Dissolution | % Mergers & Acquisitions | % Other |
| Business Transactions, Corporate, Commercial | → | % Public Corporations | % Private Corporations/ Individuals | % Other |
| Civil Rights & Discrimination | → | % Plaintiff | % Defense | % Other |
| Construction Law / Building Contracts | → | % Plaintiff | % Defense | % Transactional |
| Consumer Claims / Administrative Law | % | | | |
| Criminal Law | % | | | |
| Employee Benefits | % | | | |
| **Entertainment Law** | → | % Incl. Money Management | % Excl. Money Management | |
| Environmental Law | → | % Plaintiff | % Defense | % Other |
| **Estates, Probate & Trust** | → | % Estate Planning | % Trust Administration | % Other |
| Family Law | → | % Divorce | % Adoption | % Other |
| Federal, State, Local Governments (not bonds) | → | % General or Financial Advice | % Defense | % Other |
| Financial Institutions | % | | | |
| General Civil Litigation | → | % Plaintiff | % Defense | % Other |
| Health Care | % | % Plaintiff | % Defense | % Other |
| Immigration, Naturalization | % | | | |
| Insurance Defense | → | % Litigation | % Coverage | % Other |
| **Intellectual Property** | → | % Patent | % Trademark/Copyright | % Litigation |
| Labor, Employment | → | % Management | % Union/Labor | % Other |
| Natural Resources: Oil, Gas | → | % Plaintiff | % Defense | % Other |
| Real Estate | → | % Commercial | % Residential | % Title |
| **Securities, Corporate Bonds** | % | | | |
| Taxation / Tax Opinions | → | % Personal | % Corporate | % Other |
| Workers' Compensation | → | % Employer | % Employee | |
| Other *(Please describe)* | → | | | |
| TOTAL MUST EQUAL 100% | 100% | | | |

Areas in bold require a supplement

11. Provide your firm's actual gross billings for the past 12 (twelve) months: $_____

| 2008 CMD 017453 United States Vs. MARTIN, ANTONNE ||||||
|---|---|---|---|---|---|
| **File Date** | 07/30/2008 | **Case Status** | Closed | **Case Status Date** | 07/30/2008 |
| | | **Case Disposition** | Nolle Prosequi | **Case Disposition Date** | 12/18/2008 |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| MARTIN, ANTONNE | MARTIN, ANTIONNE | Defendant (Criminal) | BEASLEY, Ms DONNA M |

### Docket Entries

| Date | Text |
|---|---|
| 12/18/2008 | Charge Disposed - Nolle Prosequi |
| 12/18/2008 | Case Disposed - Nolle Prosequi |
| 12/18/2008 | Event Resulted - Release Status: The following event: Non-Jury Trial scheduled for 12/18/2008 at 9:30 am has been resulted as follows: Result: Dismissed - Nolle Judge: EPSTEIN, ANTHONY C Location: Courtroom 210 ANTONNE MARTIN (Defendant (Criminal)); ; Ms DONNA M BEASLEY (Attorney) on behalf of ANTONNE MARTIN (Defendant (Criminal)); Judge ANTHONY C EPSTEIN |
| 12/15/2008 | United States' Motion to Continue Trial Setting to Dec 28, 2008 or any time thereafter Filed Attorney: TAYLOR, JEFFREY A (498610) |
| 11/21/2008 | Notice of Compliance filed |
| 09/30/2008 | Event Resulted - Release Status: Personal Recognizance. Non Jury Trial Date Scheduled. The following event: Misdemeanor Initial Status Hearing scheduled for 09/30/2008 at 9:30 am has been resulted as follows: Result: Hearing Held Judge: EPSTEIN, ANTHONY C Location: Courtroom 210 ANTONNE MARTIN (Defendant (Criminal)); ; Ms DONNA M BEASLEY (Attorney) on behalf of ANTONNE MARTIN (Defendant (Criminal)); Judge ANTHONY C EPSTEIN |
| 09/30/2008 | Event Scheduled Event: Non-Jury Trial Date: 12/18/2008 Time: 9:30 am Judge: EPSTEIN, ANTHONY C Location: Courtroom 210 Result: Dismissed - Nolle |
| 09/30/2008 | Notice to Return to Court Filed Notice to Return to Court Sent on: 09/30/2008 09:49:15 |
| 09/24/2008 | Event Scheduled Event: Misdemeanor Initial Status Hearing Date: 09/30/2008 Time: 9:30 am Judge: EPSTEIN, ANTHONY C Location: Courtroom 210 Result: Hearing Held |
| 09/24/2008 | Judge Caseload Transfer-Criminal The judge was changed from TERRELL, MARY A to EPSTEIN, ANTHONY . |
| 08/04/2008 | Quality Review |
| 07/31/2008 | Attorney Appointed Attorney BEASLEY, Ms DONNA M representing Defendant (Criminal) MARTIN, ANTONNE as of 07/31/2008 |
| 07/31/2008 | CJA Eligibility |
| 07/31/2008 | Release Conditions |
| 07/31/2008 | Event Resulted - Release Status: PR IMPOSED The following event: Arraignment - Citation scheduled for 07/31/2008 at 11:00 am has been resulted as follows: STATUS HRG. SET IN CTRM 210 @9AM ON 9/30/08 PR IMPOSED Result: Held Judge: SULLIVAN, FREDERICK Location: Courtroom C-10 |
| 07/31/2008 | Event Resulted - Release Status: The following event: Misdemeanor Initial Status Hearing scheduled for 07/30/2008 at 9:30 am has been resulted as follows: Result: Hearing Vacated Judge: TERRELL, MARY A Location: Courtroom 210 |
| 07/31/2008 | Event Scheduled Event: Misdemeanor Initial Status Hearing Date: 09/30/2008 Time: 9:30 am Judge: TERRELL, MARY A Location: Courtroom 210 |
| 07/31/2008 | Event Scheduled Event: Misdemeanor Initial Status Hearing Date: 07/30/2008 Time: 9:30 am Judge: TERRELL, MARY A Location: Courtroom 210 Result: Hearing Vacated |
| 07/30/2008 | Charge Filed Charge #1: Poss of a Controlled Substance -Misd |

07/30/2008 Event Scheduled: Event: Arraignment - Citation Date: 07/31/2008 Time: 11:00 am
Judge: SULLIVAN, FREDERICK Location: Courtroom C-10 Result: Held