UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE MARTIN ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No. 1:09-cv-01241 |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ET AL ) | |
| ) | |
| DEFENDANTS. ) | |

## PLAINTIFF'S STATEMENT OF DISPUTED GENUINE ISSUES OF MATERIAL FACT

Plaintiff Antoine Martin, by and through his counsel, GREEN & FOUSHEE and Iris McCollum Green, Esquire, hereby files this statement in opposition to Defendant's Motion for Summary Judgment. Defendant District of Columbia failed to file a statement of genuine issues not in dispute.

1. The police report of the arrest of Plaintiff Martin satisfies D. C. Code § 12-309.[1]

Respectfully submitted,

GREEN & FOUSHEE

By: /s/

IRIS McCOLLUM GREEN, ESQ.
D. C. Bar No.932590
1730 M Street, N. W., Suite 609
Washington, D. C. 20036-4604
(202) 785 – 1171

---

[1] Defendant District of Columbia failed to submit a statement of non-disputed material issues.