UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE MARTIN ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No. 1:09-cv-01241 |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ET AL ) | |
| ) | |
| DEFENDANTS. ) | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiff Antoine Martin, by and through his counsel, GREEN & FOUSHEE and Iris McCollum Green, Esq., hereby moves this Honorable Court pursuant to Rules 4(m) and 6(b)(2) for an order to extend the time to file his opposition to Defendant District of Columbia's motion for summary judgment in the above referenced and numbered case. As grounds for this motion, the movant states as follows:

1.     Pursuant to Local Rule 7(m) of this Court, Plaintiff attempted to obtain the consent of counsel for Defendant District of Columbia, et al., but was unable to reach them at the time necessary for this motion.  As a result, undersigned counsel left a telephonic message indicating the reason for her call. Thus, she was unable to obtain consent to this motion.

2.     By order dated November 20, 2009, this Court (J. EGS) issued an order granting Plaintiff's motion to file his opposition to Defendant District of Columbia's motion for summary judgment by December 21, 2009.

3. Rule 6(b)(2) states in pertinent part that "[w]hen by these rules or by a notice given thereunder or by order of Court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion . . . (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; . . . . *See Pioneer Investment Services v. Brunswic Assoc. Ltd.*, 507 U.S. 380n(1993) interpreting "excusable neglect."

3. Although undersigned counsel's computer equipment is not quite a year old, it has considerable bugs in it that slows it down considerably, and for the past two (2) weeks up to the present, has required her to spend countless hours on the telephone with Dell Computer technical support trying to keep the computer working as well as to stay connected to the internet which is required for purposes of filing documents in the court.[1] Undersigned counsel's malfunctioning computer coupled with the intervention of the snow has prevented her from making a more timely filing of Plaintiff's opposition to Defendant District of Columbia, et al's motion for summary judgment.  Realizing the importance of maintaining highly functioning computer equipment so as to be able to respond to court deadlines, undersigned purchased all new computer equipment for her office at the beginning of the year.  Unfortunately for her, although utilizing a different vendor, she finds herself experiencing the same technological defects exhibited by her older equipment.   These defects are so severe

---

[1] Dell Computer has informed undersigned counsel that her entire operating system needs to be removed before her computer will perform without constant glitches.  However, undersigned counsel's computer has thousands of files which have to be safeguarded before overhaul of her operating system can be attempted.

that they prevent undersigned counsel from being able to complete her pleadings and get them filed in a timely manner.

4. Defendant will suffer no prejudice if this motion is granted. Moreover, Plaintiff has no objection to the date by which Defendant may file a reply brief being extended by a time commensurate with the period that his opposition was late filed.

5. Plaintiff Martin, on the other hand, will be severely prejudiced if he is not granted permission to late file his opposition to Defendants' motion for summary judgment. Moreover, public policy favors disposing of litigation on its merits.

6. Justice requires that Plaintiff Martin be allowed a further extension of time through the instant date of filing to file his opposition to Defendant's motion for summary judgment.

WHEREFORE, based on the foregoing, the Plaintiff prays that he be granted an extension of time until December 30, 2009 to file his opposition to Defendant District of Columbia, et al's motion for summary judgment

Respectfully submitted,

GREEN & FOUSHEE

By:
_____/S/_____
IRIS McCOLLUM GREEN, ESQ.
Bar No. 932590
1730 M Street, N. W., Suite 609
Washington, D. C. 20036
(202) 785-1171

## CERTIFICATE OF SERVICE

I, hereby, state that on this 3oth day of December 2009, a copy of Plaintiff's motion to file out of time was served by e-service on the following counsel of record:

>Zuberi B. Williams, Esq.
>Assistant Attorney General
>Office of the Attorney General, D. C.
>441 Fourth Street, N. W., Suite 6-South
>Washington, D. C. 20001

_____
Iris McCollum Green, Esq.