UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINE MARTIN** | ) | |
| | ) | |
| **PLAINTIFF** | ) | Civil Action No. 1:09-cv-01241 |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, ET AL.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## ORDER

Upon consideration of the motion to file Plaintiff Antoine Martin's opposition to Defendant District of Columbia, et al's motion to dismiss or in the alternative for summary judgment out of time, it is by the Court, this _____ day of _____ 2009,

ORDERED, that the motion is granted, and it is further,

ORDERED, that Plaintiff's opposition shall be deemed filed.

_____
Emmet G. Sullivan
United States District Judge

Copies to:

Iris McCollum Green, Esq.
.GREEN & FOUSHEE
1730 M Street, N.W.
Suite 609
Washington, D. C. 20036

Zuberi B. Williams, Esquire
Assistant Attorney General
Office of the Attorney General, D. C.
441 Fourth Street, N. W., 6TH Floor
Washington, D. C. 20001