**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANTOINE MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-1241 (EGS) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is the motion to dismiss, or alternative motion for summary judgment, of Defendant District of Columbia. Upon consideration of the motion, the response and reply thereto, the applicable law, and for the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that the District's motion to dismiss is **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
United States District Judge
July 1, 2010**