UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:09-cv-01241<br>Judge Emmet G. Sullivan |

## **WITHDRAWAL OF APPEARANCE**

Will the Clerk of the Court please **WITHDRAW** the appearance of Zuberi Bakari Williams, Assistant Attorney General, as counsel of record in this case on behalf of the District of Columbia.

Respectfully Submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/Zuberi B. Williams_____
ZUBERI BAKARI WILLIAMS [980789]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6 Floor South
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 730-0623
Email: Zuberi.Williams@dc.gov